grant to a private corporation the use of the public right of the streets and highways of the state, is unconstitutional and void; it being not merely a declaration of the powers of the corporation, but an attempt to confer a valuable property right (People v. O'Brien, 111 N. Y., 1, 18 N. E. 692, 2 L. R. A. 255, 7 Am. St. Rep. 684) by private act, without expressing the same in the title of said act.

SPRING, J., not sitting.

EGAN v. P. J. CARLIN CONST. CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Joseph Egan against the P. J. Carlin Construction Company. No opinion. Motion granted, with $10 costs. Order filed.

EHRLICH v. LEWIS REALTY CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by William Ehrlich against the Lewis Realty Company. No opinion. Motion denied, with leave to renew as stated in order. Order filed.

EISENHAUER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Nicholas Eisenhauer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence.

ELECTRICAL ACCESSORIES CO., Respondent, v. MITTENTHAL, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Electrical Accessories Company against Samuel S. Mittenthal. L. Laski, for appellant. J. S. Galland, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

ELSAESSER, Appellant, v. PFENNIG, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Adam Elsaesser against Frank L. Pfennig.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

EMPIRE LIMESTONE CO., Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Empire Limestone Company against the city of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

ENTWISTLE, Appellant, v. DIEHL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Robert Entwistle against John Diehl and others. M. L. Malevinsky, for appellant. J. J. Mahoney, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., and HOUGHTON, J., dissent.

EPXTEIN v. ZEDIKOW. (Supreme Court. Appellate Division, First Department. October 30, 1908.) Action by Ike Epxtein against Ludwig Zedikow. No opinion. Motion granted, with $10 costs. Order filed.

In re E. R. STRONG CO. (two cases). (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the application for a voluntary dissolution of the E. R. Strong Company. No opinion. Appeals dismissed, unless the appellants accept the stipulation of the respondents that the orders be vacated at Special Term, following our decision in Matter of Strong, 112 N. Y. Supp. 557, 558, decided October 16, 1908.

EWELL, Respondent, v. EWELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Charlie L. Ewell against James L. Ewell. No opinion. Order affirmed, with $10 costs and disbursements.

In re FALLON. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of John J. Fallon for admission to the bar. No opinion. Application granted.

FAMULARO, Respondent, v. OIL WELL SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Bartolo Famularo against the Oil Well Supply Company.

PER CURIAM. Judgment and order (56 Misc. Rep. 75, 105 N. Y. Supp. 1063) affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent.

FARRELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Thomas Farrell against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

FARWELL, Respondent, v. SCHLAGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Almyra B. Farwell against Adelbert J. Schlager. No opinion. Order affirmed, with $10 costs and disbursements.

FAULKNER, Appellant, v. FAULKNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by John H. Faulkner against Nellie M. Faulkner. No opinion. Judgment affirmed, with costs.

FEINSTEIN, Respondent, v. PERLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Bessie Feinstein against Herman W.

Perlman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re FENN. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) In the matter of the application of Alice E. Fenn, an infant, individually and by Catherine D. Fenn, her guardian ad litem, to lay out a highway in the town of Putnam, and the assessment of damages therefor. No opinion. Order of the County Court confirmed, without costs. See, also, 112 N. Y. Supp. 431.

FERRARI, Appellant, v. RACEY, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Prosper R. Ferrari against Mary A. Racey as executrix. A. M. Pariser, for appellant. G. H. Francoeur, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

FERRY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by James Ferry against the New York City Railway Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

FILKINS, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Ernest J. Filkins against Fred E. Mason. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

FINUCANE, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Amelia A. Finucane against Chas. G. Warner.

PER CURIAM. Order (112 N. Y. Supp. 137) affirmed, with $10 costs and disbursements.

McLENNAN, P. J., and ROBSON, J., dissent.

FISCHER, Respondent, v. HOME INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Henry Fischer against the Home Insurance Company. A. B. Nathan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re. FISHER. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) In the matter of John W. Fisher, an attorney. No opinion. Referee's report confirmed, and the name of John W. Fisher, of Buffalo, N. Y., ordered stricken from the roll of attorneys and counselors of the Supreme Court, and said attorney forbidden to practice in any of the courts of this state. See 111 N. Y. Supp. 1119.

FISHER, Respondent, v. GULICK, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by James B. Fisher against Ernestus Gulick. No opinion. Motion denied.

FISHER et al., Respondents, v. HARTELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Henry C. Fisher and another against George W. Hartell. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

FITZGERALD, Appellant, v. SYRACUSE RAPID TRANSIT RY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Margaret I. Fitzgerald, an infant, etc., against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., not sitting. KRUSE, J., dissents.

FLOOD, Appellant, v. CHELSEA REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Eugene J. Flood against the Chelsea Realty Company and others. E. W. Keene, for appellant. J. H. Regan, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FORSBERG, Respondent, v. MICHEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Charles Forsberg against Leonhard Michel. No opinion. Judgment and order unanimously affirmed, with costs.

FOSTER, Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Roger Foster and another against the American Fidelity Company. C. J. Gleason, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Rochkind v. Perlman, 123 App. Div. 808, 108 N. Y. Supp. 224, 1151.. Order filed.

FOWLER PLUMBING & HEATING CO. v. CANDEE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by the Fowler Plumbing & Heating Company against Fernando C. Candee, Jr., and another. No opinion. Order affirmed on argument, with $10 costs and disbursements.

FRINDEL, Respondent, v. FRINDEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Lottie E. Frindel an infant, by Morris Barkas, her guardian ad litem, against Benjamin Frindel. No opinion. Order affirmed, with $10 costs and disbursements.

FRING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Charles Fring against the city of New York. H. H. Heyman, for appellant. T. Connoly, for respondent. No opinion.